# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-094 |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | B-03-201 |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | United States District Court |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | Southern District of Texas |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | ENTERED |
| WOHLERS, | § | NOV 0 6 2003 |
| | § | Michael N. Milby, Clerk of Court |
| Defendants. | § | By Deputy Clerk |

## ORDER OF SEVERANCE

The Clerk shall sever from this case Defendants GERALD MANTHEY, KLAUS

MEYER, GEORGE RAMIREZ, PEDRO SANDOVAL, DUAINE WOHLERS, and CARLOS

MASSO. Each severed Defendant shall be assigned a new and distinct cause number. The Clerk

shall then transfer the pleadings and entries pertaining to each of the above-mentioned

Defendants to their respective, newly-created case files. Directv is hereby ORDERED to meet

with the District Clerk's Office to ensure that certified copies of all necessary pleadings and

entries are properly filed with their respective new causes of action.

IT IS SO ORDERED this _4th_ day of November, 2003.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
DEPUTY