# 4

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, Inc., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. CIV. B-03-094 |
| § | **B-03-201** |
| ISMAEL LOZANO, GERALD MANTHEY § | |
| LUIS ERNESTO LONGORIA, CARLOS § | |
| MASSO, KLAUS MEYER, ABRAHAM § | |
| OCHOA, GEORGE RAMIREZ, PEDRO § | |
| SANDOVAL, ERIC SOLIS, and DUAINE § | |
| WOHLERS § | |
| § | |
| Defendants. § | |

## CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW CARLOS MASSO,** Defendant and Counter-claimant in the above-styled and numbered cause, and in accordance with the local rules of civil procedure, files its Certificate of Interested Persons, who are presently believed by Carlos Masso to be financially interested in the outcome of the above action.

1. DIRECTV, Enterprises, LLC
2. DIRECTV Holdings, LLC
3. Hughes Electronic Corporation
4. General Motors Corporation
5. Defendants in this action.
6. Counter-claimant Carlos Masso

SIGNED THIS 20th day of June, 2003.

Respectfully submitted,

Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78521
Telephone: (956) 550-9938
Cell phone: (956) 266-9938

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in person to counsel of record listed below on this 20th day of June, 2003:

Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

Carlos Masso