# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

|  |  |  |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. **B-03-094** |
| | § | |
| | § | **B-03-201** |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | MOTION FOR CLERK'S |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | DEFAULT AGAINST COUNTER- |
| WOHLERS | § | DEFENDANT DIRECTV, INC. |
| | § | |
| Defendants. | § | |

TO:  THE HONORABLE MICHAEL R. MILBY
     Clerk, Southern District of Texas

**COMES NOW CARLOS MASSO,** Defendant and Counter-claimant, pursuant

to Rule 55, Federal Rules of Civil Procedure, hereby requests the Clerk of the United

States District Court for the Southern District of Texas to enter a default against Counter-

defendant, Directv, Inc., for her failure to plead or otherwise defend the counter-action

brought by Carlos Masso as appears from the attached affidavit.

Respectfully submitted,

Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78520
Telephone (956) 550-9938

Page 1 of 2

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By: _____
                    Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in person to counsel of record listed below on this ___/ /th___ day of July, 2003:

Hon. Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

Hon. Ricardo M. Addobati
134 E. Price Rd.
Brownsville, Texas 78521

Carlos Masso

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. **B-03-094** |
| | § | |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | AFFIDAVIT OF FAILURE TO PLEAD OR |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | OTHERWISE DEFEND IN SUPPORT OF |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | APPLICATION FOR ENTRY OF |
| WOHLERS | § | DEFAULT AGAINST COUNTER- |
| | § | DEFENDANT DIRECTV, INC. |
| Defendants. | § | |

| | |
|---|---|
| | § |
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |
| | § |

CARLOS MASSO, being duly sworn, deposes and says:

1. I am a Defendant and a Counter-Claimant in the above entitled cause of action and I have personal knowledge of the facts set forth in this affidavit.

2. Defendant and Counter-Claimant filed an answer and counter-claim against the Plaintiff and Counter-Defendant, Directv, Inc. on June 20, 2003.

3. Counter-Defendant was served with an answer and counter-claim on June 20, 2003, as shown in Attachment "A", which is hereby incorporated by reference for all purposes as if fully set out verbatim in this paragraph.

4. More than twenty (20) days have elapsed since the date on which the Counter-Defendant was served with the Counter-Claim.

Page 1 of 2

5. The Counter-Defendant has failed to answer or otherwise defend as to the Counter-Claim against it. Counter-Defendant has failed to serve upon Carlos Masso or file with the Court a copy of any answer or other defense that it might have had.

6. Counter-Defendant is not an infant or incompetent person and not in the military service.

7. This affidavit is executed by affiant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Counter-Claimant to obtain an entry of default against the Counter-Defendant for its failure to answer or otherwise defend as to Carlos Masso's Counter-Claim.

_____
Carlos Masso

**SWORN TO** and subscribed before me this 11th day of _July_,
2003 by Carlos Masso, who is personally known to me.

_____
Notary Public

_____
Printed Name

_____
My Commission Expires

KAREN OLVERA
Notary Public, State of Texas
My Commission Expires
07-17-2004

Page 2 of 2

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. **B-03-094** |
| | § | |
| | § | |
| ISMAEL LOZANO, GERALD MANTHEY | § | |
| LUIS ERNESTO LONGORIA, CARLOS | § | |
| MASSO, KLAUS MEYER, ABRAHAM | § | |
| OCHOA, GEORGE RAMIREZ, PEDRO | § | |
| SANDOVAL, ERIC SOLIS, and DUAINE | § | |
| WOHLERS | § | |
| | § | |
| Defendants. | § | |

### ACKNOWLEDGEMENT OF RECEIPT

My name is _Elena Williams_. I am an employee and/or agent of Rodriguez, Colvin & Chaney, L.L.P. I hereby acknowledge that I have received, on behalf of Rodriguez, Colvin & Chaney, L.L.P., a copy of the *Original Answer and Counterclaim of Carlos Masso* in the above-entitled cause and action.

Signed this _20_ day of June, 2003.

_Elena Williams_

Exhibit "A"