IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOEY LEE RAMON | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-201 |
| | § | |
| ADAMS, WHITEAKER, ROBINSON, | § | |
| REAGAN & YOUNG, P.C. | § | |
| Defendant | § | |

### THIRD JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO STAY OR ABSTAIN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff JOEY LEE RAMON and Defendants, ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C., and file this Third Joint Motion for Extension of Time to File Response to Defendant's Motion to Stay or Abstain ("motion"), and as cause would show the Court as follows:

1. Plaintiff filed suit against Adams, Whiteaker, Robinson, Reagan & Young, P.C. in Federal District Court in Brownsville, Texas on October 21, 2002.

2. The parties have been working toward settlement. However, Defendant has just learned that its insurance carrier is in state court receivership in Tennessee, in a case styled State of Tennessee v. American National Lawyers Insurance Reciprocal, Number 03-293-I in the Chancery Court of Davidson County, Tennessee. The parties ask that Plaintiff have until April 17, 2003, to determine the status of the receivership and advise this Court and to file, if necessary, his response to the motion to stay or

abstain pending in this Court.

WHEREFORE, the parties request that the Court enter an order granting Plaintiff until April 17, 2003, to determine the status of the receivership of Defendant's insurance carrier and to file, if necessary, his response to the motion to stay or abstain pending in this Court.

Dated: February 14, 2003

Respectfully submitted,
**LAW OFFICES OF JOHN VENTURA, P.C.**

By: *[signature]*
John Ventura
Texas Bar No. 20545700
Federal I.D. 1646
62 E Price Rd.
Brownsville, Texas 78521
(956) 546-9398 - Telephone
(956) 542-1478 - Facsimile

Stephen Gardner
Law Office of Stephen Gardner
Woodall Rogers Tower, Ste 1750
1845 Woodall Rogers Fwy
Dallas Texas 75201
(214) 954-0663 - Telephone
(214) 871-8957 - Facsimile
ATTORNEYS FOR PLAINTIFF JOEY LEE RAMON

**BURFORD & RYBURN, LLP**

By: *[signature] Larry Hallman by Permission [signature]*
Larry Hallman
State Bar No. 00795700
3100 Lincoln Plaza, 500 N. Akard
Dallas Texas 75201-3320
(214) 740-3100 - Telephone
(214) 740-3125 - Telecopy
ATTORNEY FOR DEFENDANTS ADAMS, WHITEAKER, ROBINSON, REAGAN & YOUNG, P.C.

---