UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **DIRECTV, INC.** | § | **B-03-201** |
| VS | § | CIVIL ACTION NO. B-03-094 636(c) |
| **ISMAEL LOZANO ET AL** | § | |

## SCHEDULING ORDER

*United States District Court*
*Southern District of Texas*
*ENTERED*
*NOV 0 4 2003*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

1. Trial: Estimated time to try: **3** days.   ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to new parties*

3. The plaintiff(s)' experts will be named with a report furnished by:     **12/01/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.     **12/15/03**

5. Discovery must be completed by:     **02/02/04**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************  The court will provide these dates.  ********************

6. Dispositive Motions will be filed by:     **02/02/04**

7. Joint pretrial order is due:     **02/17/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:     **04/01/04**

9. The jury selection before Judge Recio is set for 9:00 a.m. on:     **04/05/04**

The case will remain on standby until tried.

Signed **OCTOBER 31, 2003**, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
MICHAEL N. MILBY, CLERK