================================================================
UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
================================================================

DirecTV Inc §
§
§  United States District Court
§  Southern District of Texas
§       ENTERED
versus § CIVIL ACTION NO. CIV B-03-094
§       NOV 0 5 2003
Carlos Masso §
§  Michael N. Milby, Clerk of Court
§  By Deputy Clerk
§
          B-03-201

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Carlos Masso | Self | 10/31/03 |
| Lecia Chaney | DirectV | 10/31/03 |
|  |  |  |
|  |  |  |

**ORDER TO TRANSFER**

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

11/3/03
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.