IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. B-03-201 |
| | § | |
| CARLOS MASSO | § | |
| Defendant. | § | MOTION TO DISMISS |
| | § | |

TO: THE HONORABLE FELIX RECIO
United States Magistrate, Southern District of Texas

### DEFENDANT CARLOS MASSO'S
### MOTION TO DISMISS COUNT III

**COMES NOW CARLOS MASSO** (hereinafter "Masso") and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure re-submits this Motion to Dismiss Count III of Plaintiff's Complaint and in support thereof states as follows:

1. This is a Motion to Dismiss for failing to state a cause of action under 18 U.S.C. §2512.

2. The Plaintiff alleges in its multi-count complaint that Defendant Masso violated 18 U.S.C. §2512 and is seeking monetary damages for such a violation.

3. 18 U.S.C. §2512 is a criminal statute, under which there is no civil liability. In fact, 18 U.S.C. §2520 is the statute under Chapter 18 that provides for any civil liability and the acts that are criminally prohibited under 18 U.S.C. §2512 are clearly not included in §2520.

4. Since 18 U.S.C. §2512 does not provide for a private right of action, the Plaintiff, a California Corporation, lacks standing to bring an action thereupon, cannot state

an action for damages thereupon, and accordingly should be dismissed. For a detailed discussion regarding the above, please refer to the Memorandum of Law in Support of Motion to Dismiss and the Defendant's Court Ordered Brief in Support of Motion to Dismiss, which were previously filed with the Court and which are hereby incorporated by reference herein as if fully set out verbatim.

**WHEREFORE** Defendant Masso requests this Honorable Court to Dismiss Count III of the Plaintiff's Complaint for failing to state a cause of action.

Respectfully submitted,

_____
Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78520
Telephone: (956) 550-9938

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in person to counsel of record listed below on this __2nd__ day of ~~February~~ March, 2004:

Hon. Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

_____
Carlos Masso