United States District Court
Southern District of Texas
FILED

MAR 2 3 2004

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. **B-03-201** |
| | § | |
| CARLOS MASSO | § | |
| Defendant. | § | MOTION FOR CONTINUANCE |
| | § | |

TO: THE HONORABLE FELIX RECIO
    United States Magistrate, Southern District of Texas

### DEFENDANT CARLOS MASSO'S
### MOTION FOR CONTINUANCE

**COMES NOW CARLOS MASSO** (hereinafter "Masso") and files his Motion

for Continuance and in support thereof states as follows:

1. This case is presently set for Docket call and Final Pre-Trial Conference on April

   1, 2004.   The case is set for jury selection on April 5, 2004.

2. Defendant Masso is presently working with Plaintiff Directv to reach a settlement

   agreement.

3. In addition, Defendant Masso is scheduled to be out of town at a seminar in

   Kerrville, Texas on March 31, 2004 through April 2, 2004.

4. Defendant Masso has conferred with Counsel for Plaintiff Directv and they are

   not opposed to Defendant Masso's Motion for Continuance.

5. This continuance is not sought solely for delay but that justice be may be done.

**WHEREFORE, PREMISES CONSIDERED**, Movant request the Court to grant

this Motion for Continuance, and to continue this case for at least SIXTY (60) days, and for

such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Carlos Masso, Pro Se
1621 Tulane Ave.
Brownsville, Texas 78520
Telephone: (956) 550-9938

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered
in person to counsel of record listed below on this 22nd day of March, 2004:

Hon. Lecia L. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522

Carlos Masso

## CERTIFICATE OF CONFERENCE

I, Carlos Masso hereby certify that I conferred with Lecia Chaney, attorney for

Plaintiff Directv, on the substance of this Motion. Ms. Chaney indicated her agreement with

this motion.

**Carlos Masso**

## VERIFICATION

**THE STATE OF TEXAS** §
§
**COUNTY OF CAMERON** §

       BEFORE ME, the undersigned authority, personally appeared CARLOS MASSO, who, on oath, stated that the statements made in the foregoing DEFENDANT'S MOTION FOR CONTINUANCE are true and correct.

**CARLOS MASSO**

       **SWORN TO AND SUBSCRIBED BEFORE ME** by the said **CARLOS MASSO**, on this the 23rd day of March, 2004.



Notary Public, State of Texas

Arturo Amaro
Printed Name of Notary

My Commission Expires: _____

ARTURO AMARO
Notary Public, State of Texas
My Commission Expires
09/06/2004