IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. CIV. B-03-201 |
| | § | (636(c)) |
| CARLOS MASSO | § | |
| Defendant. | § | |
| | § | |

United States District Court
Southern District of Texas
FILED
MAR 24 2004
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
MAR 25 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**ORDER GRANTING DEFENDANT CARLOS MASSO'S
MOTION FOR CONTINUANCE**

On  3-24-04 , ~~2004~~ the Court considered the DEFENDANT'S MOTION FOR CONTINUANCE, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-styled and -numbered cause be continued until the June 2004 docket--final pretrial conference set for June 1, 2004, at 2:00 p.m., and jury selection set for June 3, 2004, at 9:00 a.m.

SIGNED on  3-24-04 .

_____
HON. FELIX RECIO
U.S. MAGISTRATE JUDGE