24

COURTROOM MINUTES: **Felix Recio Judge Presiding**
              Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | M Agado |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **May 25, 2004 at 2:05 p.m.** |

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-201**

**DIRECTV, INC.**              *          Lecia Chaney

vs                             *

Carlos Masso                   *

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Carlos Masso not present;

L Chaney announced the case has settled and that the settlement agreement is ready for signatures;

Court adjourned.